# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRYSOSTOM DOMINICUS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MR. RICHARD BURTON,<br>WARDEN, CHCF,<br><br>　　　　　Respondent. | Case No. CV 21-2797-VBF (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  No Objections to the Report and Recommendation have been filed within the time allowed for Objections.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　　IT IS ORDERED that: (1) Respondent's Motion to Dismiss is granted; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED:  September 23, 2021　　　　　　　/s/　　　Valerie Baker Fairbank　　　.
　　　　　　　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE