JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRYSOSTOM DOMINICUS, <br><br> Petitioner, <br><br> v. <br><br> MR. RICHARD BURTON WARDEN, CHCF, <br><br> Respondent. | Case No. CV 21-2797-VBF (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

/s/ Valerie Baker Fairbank

DATED:  September 23, 2021

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE